FILED

SEP 18 2018

Clerk, US District Court
District of Montana - Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JACQUELINE THREE FINGERS,<br><br>Defendant. | CR 16-69-BLG-SPW<br><br>ORDER |

For the reasons stated on the record, JACQUELINE THREE FINGERS is hereby released from the custody of the U.S. Marshals Service.

DATED this 18th day of September, 2018.

SUSAN P. WATTERS
United States District Judge

1